IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LA TANYA CRAMER, | ) | 1:06-CV-00473-AWI-SMS-P |
| | ) | |
| Plaintiff, | ) | ORDER TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |
| vs. | ) | |
| C/O DICKERSON, et al., | ) | |
| Defendants. | ) | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of her prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of her trust account statement in support of her request to proceed in forma pauperis, **or** pay the $350.00 filing fee.

In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, plaintiff shall submit a certified copy of her prison trust

1

1  account statement for the six month period immediately preceding the filing of the complaint, or
2  in the alternative, pay the $350.00 filing fee for this action.  Failure to comply with this order will
3  result in a recommendation that this action be dismissed.
4  IT IS SO ORDERED.
5  **Dated:   May 11, 2006**                    **/s/ Sandra M. Snyder**
   b6edp0                              UNITED STATES MAGISTRATE JUDGE