1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   LA TANYA CRAMER,                    1:06-cv-00473-AWI-SMS-PC

11
                Plaintiff,              ORDER ADOPTING FINDINGS &
12                                       RECOMMENDATIONS
        vs.                              (Doc. 19.)
13
     DICKERSON, et al.,                  ORDER DISMISSING ACTION AND
14                                       DIRECTING CLERK TO CLOSE CASE
                Defendants.
15   _____/

16          La Tanya Cramer ("plaintiff") is a state prisoner proceeding pro se in this civil rights

17   action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

18   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

19          On June 23, 2008, findings and recommendations were entered, recommending that

20   this action be dismissed based on plaintiff's failure to obey the court's order of April 29, 2008.

21   Plaintiff was provided an opportunity to file objections to the findings and recommendations within

22   thirty days.   To date, plaintiff has not filed objections or otherwise responded to the findings and

23   recommendations.

24          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-

25   305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

26   file, the court finds the findings and recommendations to be supported by the record and proper

27   analysis.

28                                         1

1              Accordingly, THE COURT HEREBY ORDERS that:

2              1.  The Findings and Recommendations issued by the Magistrate Judge on June 23,

3    2008, are adopted in full;

4              2.  This action is dismissed in its entirety, based on plaintiff's failure to comply with

5    the court's order of April 29, 2008; and

6              3.  The Clerk of Court is directed to close this case.

7

8    IT IS SO ORDERED.

9    **Dated:     August 15, 2008**                           **/s/ Anthony W. Ishii**
                                                     CHIEF UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                      2